UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, SR., Plaintiff, v. STACY WITBECK, Defendant. | No. 2:25-cv-0506-DAD-SCR<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE<br>(Doc. No. 6) |

Plaintiff initiated this civil action by filing a complaint on February 12, 2025, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On March 7, 2025, the assigned magistrate judge screened plaintiff's complaint and determined it to be deficient because plaintiff did not sufficiently plead any basis for federal jurisdiction and failed to state any cognizable claim for relief. (Doc. No. 4 at 3–4.) Accordingly, the magistrate judge directed plaintiff to file an amended complaint within thirty (30) days of the service of that order curing the noted pleading deficiencies and warned plaintiff that the failure to do so could result in a recommendation that this action be dismissed. (*Id*. at 6.) Although served with that order plaintiff did not file an amended complaint within the time provided nor did plaintiff otherwise communicate with the court. Accordingly, on May 13, 2025,

2025, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to comply with court orders. (Doc. No. 6.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2–3.) Plaintiff has not filed any objections to those findings and recommendations and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued May 13, 2025 (Doc. No. 6), are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to comply with the court's orders and pursuant to Fed. R. Civ. P. 41(b) and Local Rule 110; and
3. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: **October 16, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE